**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 07-7045

ISAAC PERRY,

Petitioner - Appellant,

v.

UNITED STATES OF AMERICA; HECTOR A. RIOS, JR.,

Respondents - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Dever, III, District Judge.  (5:07-hc-02029-D)

Submitted:  February 28, 2008        Decided:  March 5, 2008

Before WILKINSON, NIEMEYER, and MICHAEL, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Isaac Perry, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Isaac Perry, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2000) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Perry v. United States</u>, No. 5:07-hc-02029-D (E.D.N.C. July 3, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>